AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PHILLIP B. HAUSKEN,

          Plaintiff,

          v.

SGT DUNLEVY, CUS LIN BELANGER, SGT HERRIOT, CPS MOSS, SGT GONZALES and RON KNIGHT,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5088-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

July 26, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia